IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2836-AP

THOMAS M. JASCHKE,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Anthony L. Sokolow | Christina J. Valerio |
| 1155 Kelly Johnson Blvd., Suite 111 | Assistant Regional Counsel |
| Colorado Springs, CO 80920 | Social Security Administration |
| Telephone: (719) 260-3842 | Office of General Counsel |
| Facsimile: (877) 301-4667 | Region VIII |
| asokolow@asokolow.com | 1961 Stout, Suite 4169 |
|  | Denver, CO 80294 |
|  | Telephone: (303) 844-7348 |
|  | Facsimile: (303) 844-0770 |
|  | Christina.valerio@ssa.gov |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    **A.  Date Complaint Was Filed:  October 17, 2013**

      **B.**      **Date Complaint Was Served on U.S. Attorney's Office:  October 30, 2013**

      **C.**      **Date Answer and Administrative Record Were Filed:  January 27, 2014**

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.    OTHER MATTERS**

The parties state that there are no other matters.

**8.    BRIEFING SCHEDULE**

The parties agreed to the following schedule:

      **A.**      **Plaintiff's Opening Brief Due:**      **March 31, 2014**

      **B.**      **Defendant's Response Brief Due:**      **April 30, 2014**

      **C.**      **Plaintiff's Reply Brief (If Any) Due:**      **May 15, 2014**

**9.    STATEMENTS REGARDING ORAL ARGUMENT**

      **A.**      **Plaintiff's Statement:**      Plaintiff does not request oral argument.

      **B.**      **Defendant's Statement:**      Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

      **A.**    **( X )**    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      **B.**    **(  )**    **All parties have not consented to the exercise of jurisdiction of a**

**United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 18th day of February, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

JOHN F. WALSH
APPROVED:                                           UNITED STATES ATTORNEY

*s/ Anthony Sokolow*
Anthony Sokolow                                     J. BENEDICT GARCÍA
1155 Kelly Johnson Blvd. Suite 111                  Assistant United States Attorney
Colorado Springs, CO 80920                          United States Attorney's Office
Telephone:  (719) 260-3842                          District of Colorado
Facsimile: (877) 301-4667

*s/ Christina J. Valerio*
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel, Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov