IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02836-NYW

THOMAS M. JASCHKE,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Nina Y. Wang on September 30, 2015, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final decision is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Thomas M. Jaschke .  It is

FURTHER ORDERED that this civil action is DISMISSED with each party to bear his and her own fees and costs.

DATED at Denver, Colorado this 30th  day of September , 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ N. Marble
N. Marble,
Deputy Clerk